Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−22545−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dwayne R. Smith
   P.O. Box 125
   Vauxhall, NJ 07088

Social Security No.:
   xxx−xx−1896

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/1/18 at 11:00 AM

to consider and act upon the following:

*19* − Motion for Relief from Stay re: 294 Ohio Street, Union NJ 07083. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Deutsche Bank Nat'l Trust Company, et al. Hearing scheduled for 1/31/2018 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Affidavit # 2 Exhibit Loan Documents # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (Carlon, Denise)

Dated: 1/11/18

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court