RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-22545

| Re: | DWAYNE R. SMITH | Atty: | RUSSELL L LOW ESQ |
| | P.O. BOX 125 | | LOW & LOW ESQS |
| | VAUXHALL,  NJ  07088 | | 505 MAIN STREET, SUITE 304 |
| | | | HACKENSACK, NJ  07601 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $30,000.00**

## RECEIPTS AS OF 12/31/2017
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2017 | $500.00 | 9432713172 | 08/04/2017 | $500.00 | 9601300099 |
| 09/29/2017 | $500.00 | 9856913962 | 11/07/2017 | $500.00 | 9856914147 |
| 12/05/2017 | $500.00 | 9856914299 | | | |

**Total Receipts: $2,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017
(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 157.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 1,901.50 | 598.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 1ST CRD SRVC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | MARIE THEBAUD | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0003 | NATIONSTAR MORTGAGE LL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | OCWEN LOAN SERVICING L | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | OCWEN LOAN SERVICING L | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 254,684.62 | 100.00% | 0.00 | |
| 0008 | SELENE FINANCE LP | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 10,435.63 | 100.00% | 0.00 | |

**Total Paid:  $2,059.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $2,500.00  -  Paid to Claims: $0.00  -  Admin Costs Paid: $2,059.00  =  Funds on Hand: $941.00

**Chapter 13 Case # 17-22545**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.