**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17–22545–VFP
                          Chapter: 13
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Dwayne R. Smith
    P.O. Box 125
    Vauxhall, NJ 07088

Social Security No.:
    xxx–xx–1896

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on October 10, 2017.

    On 2/10/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 March 1, 2018
Time:               10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 14, 2018
JAN: wdh

                                                                                     Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-22545-VFP
Dwayne R. Smith                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 14, 2018
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db          +Dwayne R. Smith,    P.O. Box 125,    Vauxhall, NJ 07088-0125
cr          +CARISBROOK ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
              Suite 100,    Mt. Laurel, NJ 08054-3437
516891091   +1ST CRD SRVC,    377 HOES LANE,    PISCATAWAY, NJ 08854-4138
517266592   +MTGLQ Investors, L.P.,    c/o Frederic DiSpigna,    Marinosci Law Group, P.C.,
              100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
516891098   +Marie Thebaud,    319 Franklin Ave.,    Wyckoff, NJ 07481-2068
516891092  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE LL,     350 HIGHLAND DR,    LEWISVILLE, TX 75067)
516891093   +OCWEN LOAN SERVICING L,    12650 INGENUITY DR,    ORLANDO, FL 32826-2703
516891095   +Parker McCay, P.A.,    P.O. Box 5054,    Mount Laurel, NJ 08054-5054
516891097   +SELENE FINANCE LP,    9990 RICHMOND AVE STE 40,    HOUSTON, TX 77042-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2018 23:45:43       U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2018 23:45:41       United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517176099    E-mail/Text: jennifer.chacon@spservicing.com Feb 14 2018 23:46:41
              Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
517175753   +E-mail/Text: bkteam@selenefinance.com Feb 14 2018 23:45:16       MTGLQ Investors, L.P.,
              C/O Selene Finance LP,    9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
516891094   +Fax: 407-737-5634 Feb 15 2018 00:30:47      OCWEN LOAN SERVICING L,    1661 WORTHINGTON RD,
              WEST PALM BEACH, FL 33409-6493
516891096   +E-mail/Text: jennifer.chacon@spservicing.com Feb 14 2018 23:46:41       SELECT PORTFOLIO SVCIN,
              PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
516894406   +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 23:48:01       Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    MTGLQ INVESTORS, L.P. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Dwayne R. Smith rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6