| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 | Order Filed on May 31, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: <u>17-22545 VFP</u> |
| In Re:<br>    Dwayne R. Smith,<br><br>Debtor. | Adv. No.:<br><br>Hearing Date: 1/31/2018 @ 9:00 a.m.<br><br>Judge: <u>Vincent F. Papalia</u> |

# INTERIM ORDER ON MOTION FOR RELIEF & ADJOURNING HEARING TO JUNE 7, 2018

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 31, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Dwayne R. Smith
Case No:  17-22545 VFP
Caption of Order:  INTERIM ORDER ON MOTION FOR RELIEF & ADJOURNING HEARING TO JUNE 7, 2018
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 294 Ohio Street, Union, NJ, 07083, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russel L. Low, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Debtor is hereby directed to allow access to Secured Creditor's appraiser to inspect the property located at 294 Ohio Street, Union, NJ. The appraisal is currently scheduled for May 28, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that if the Debtor does not comply and refuses access, cancels the appointment, or reschedules the appointment, debtor's objection to the motion for relief will be considered withdrawn; and

It is further **ORDERED, ADJUDGED and DECREED** the motion for relief is rescheduled to June 7, 2018.