UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as trustee, on
behalf of the holders of the Impac Secured Assets Corp.,
Mortgage Pass-Through Certificates Series 2006-5

**Order Filed on May 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Dwayne R. Smith,

Debtor.

Case No.:  17-22545 VFP

Adv. No.:

Hearing Date:  1/31/2018 @ 9:00 a.m.

Judge:  Vincent F. Papalia

## INTERIM ORDER ON MOTION FOR RELIEF & ADJOURNING HEARING TO JUNE 7, 2018

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: May 31, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Dwayne R. Smith
Case No:  17-22545 VFP
Caption of Order:  INTERIM ORDER ON MOTION FOR RELIEF & ADJOURNING HEARING TO
JUNE 7, 2018

_____

     This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 294 Ohio Street, Union, NJ, 07083, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russel L. Low, Esq., attorney for Debtor, and for good cause having been shown

     It is **ORDERED, ADJUDGED and DECREED** that Debtor is hereby directed to allow access to Secured Creditor's appraiser to inspect the property located at 294 Ohio Street, Union, NJ. The appraisal is currently scheduled for May 28, 2018; and

     It is further **ORDERED, ADJUDGED and DECREED** that if the Debtor does not comply and refuses access, cancels the appointment, or reschedules the appointment, debtor's objection to the motion for relief will be considered withdrawn; and

     It is further **ORDERED, ADJUDGED and DECREED** the motion for relief is rescheduled to June 7, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22545-VFP
Dwayne R. Smith                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Jun 01, 2018
                           Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db              +Dwayne R. Smith,    P.O. Box 125,    Vauxhall, NJ 07088-0125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   MTGLQ INVESTORS, L.P. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Dwayne R. Smith rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 6