**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY
M.L. KING, JR. FEDERAL BUILDING
50 WALNUT ST., 3RD FLOOR
NEWARK, NEW JERSEY 07102

VINCENT F. PAPALIA
BANKRUPTCY JUDGE

PHONE: (973) 645-3262
FAX: (973) 645-3696

October 4, 2018

VIA CM-ECF

Russell L. Low, Esq.
Low & Low
505 Main St. Suite 304
Hackensack, NJ 07601

Denise E. Carlon, Esq
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322

Re:   *In re F y c{pg'TOUb kj* ,  Case no. 17-22545 VFP  (Chapter 13)
      Notice of Valuation Hearing- November 7, 2018 @ 11:00am

Dear Counsel:

The court has scheduled a valuation hearing upon joint request from parties, to take place on November 7, 2018 at 11:00am.

In anticipation of the hearing, the parties should file and serve the following on or before, October 31, 2018:

- the appraisal (or other valuation) that each party seeks to rely upon;
- a list identifying the appraiser and any other witnesses the parties wish to call. Note that the parties may elect to submit affidavits in lieu of direct testimony, with the right to cross and redirect examination preserved;
- a statement of legal and/or factual issues to be decided (jointly stipulated, if possible, or separately filed, if not);
- a statement (also joint, if possible, or separate) of any other issues the parties wish the Court to address.

Please advise chambers promptly if you would like to schedule a pre-hearing and/or settlement conference with the Court before the hearing.

Very truly yours,
/s/ Juan Filgueiras
Courtroom Deputy to Judge Vincent F. Papalia

cc: (via-CM-ECF) Russell L. Low Esq., Denis E. Carlon Esq., Office of the Chapter 13 Trustee and
    U.S. Trustee's Office