**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY
M.L. KING, JR. FEDERAL BUILDING
50 WALNUT ST., 3RD FLOOR
NEWARK, NEW JERSEY 07102

VINCENT F. PAPALIA
BANKRUPTCY JUDGE

PHONE: (973) 645-3262
FAX: (973) 645-3696

October 4, 2018

VIA CM-ECF

Russell L. Low, Esq.
Low & Low
505 Main St. Suite 304
Hackensack, NJ 07601

Denise E. Carlon, Esq
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322

Re:   *In re Dwayne R. Smith,* Case no. 17-22545 VFP (Chapter 13)
      Notice of Valuation Hearing- November 7, 2018 @ 11:00am

Dear Counsel:

The court has scheduled a valuation hearing upon joint request from parties, to take place on November 7, 2018 at 11:00am. In anticipation of the hearing, the parties should file and serve the following on or before, October 31, 2018:

- the appraisal (or other valuation) that each party seeks to rely upon;
- a list identifying the appraiser and any other witnesses the parties wish to call. Note that the parties may elect to submit affidavits in lieu of direct testimony, with the right to cross and redirect examination preserved;
- a statement of legal and/or factual issues to be decided (jointly stipulated, if possible, or separately filed, if not);
- a statement (also joint, if possible, or separate) of any other issues the parties wish the Court to address.

Please advise chambers promptly if you would like to schedule a pre-hearing and/or settlement conference with the Court before the hearing.

Very truly yours,
/s/ Juan Filgueiras
Courtroom Deputy to Judge Vincent F. Papalia

cc: (via-CM-ECF) Russell L. Low Esq., Denis E. Carlon Esq., Office of the Chapter 13 Trustee and U.S. Trustee's Office

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-22545-VFP
Dwayne R. Smith                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1              Date Rcvd: Oct 04, 2018
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db            +Dwayne R. Smith,    P.O. Box 125,    Vauxhall, NJ 07088-0125
cr            +CARISBROOK ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
               Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor   MTGLQ INVESTORS, L.P. cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Dwayne R. Smith rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 7