Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17–22545–VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dwayne R. Smith
   P.O. Box 125
   Vauxhall, NJ 07088

Social Security No.:
   xxx–xx–1896

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 19, 2018
JAN: jf

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-22545-VFP
Dwayne R. Smith                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 19, 2018
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db         +Dwayne R. Smith,   P.O. Box 125,   Vauxhall, NJ 07088-0125
cr         +CARISBROOK ASSET HOLDING TRUST,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
             Suite 100,   Mt. Laurel, NJ 08054-3437
cr         +SN Servicing Corporation,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
             New York, NY 10004-1734
516891091  +1ST CRD SRVC,   377 HOES LANE,   PISCATAWAY, NJ 08854-4138
517266592  +MTGLQ Investors, L.P.,   c/o Frederic DiSpigna,   Marinosci Law Group, P.C.,
             100 West Cypress Creek Road, Suite 1045,   Fort Lauderdale, FL 33309-2191
516891098  +Marie Thebaud,   319 Franklin Ave.,   Wyckoff, NJ 07481-2068
516891092 ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   NATIONSTAR MORTGAGE LL,   350 HIGHLAND DR,   LEWISVILLE, TX 75067)
516891093  +OCWEN LOAN SERVICING L,   12650 INGENUITY DR,   ORLANDO, FL 32826-2703
516891095  +Parker McCay, P.A.,   P.O. Box 5054,   Mount Laurel, NJ 08054-5054
516891097  +SELENE FINANCE LP,   9990 RICHMOND AVE STE 40,   HOUSTON, TX 77042-4559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517176099   E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2018 01:15:02
             Deutsche Bank National Trust Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
             Salt Lake City, UT 84165-0250
517175753  +E-mail/Text: bkteam@selenefinance.com Nov 20 2018 01:13:13     MTGLQ Investors, L.P.,
             C/O Selene Finance LP,   9990 Richmond Ave Ste 400 South,   Houston, TX 77042-4546
516891094  +Fax: 407-737-5634 Nov 20 2018 02:08:41     OCWEN LOAN SERVICING L,   1661 WORTHINGTON RD,
             WEST PALM BEACH, FL 33409-6493
516891096  +E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2018 01:15:02     SELECT PORTFOLIO SVCIN,
             PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
516894406  +EDI: RMSC.COM Nov 20 2018 06:33:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
517809575  +E-mail/Text: bknotices@snsc.com Nov 20 2018 01:14:50     U.S. Bank Trust National Association,
             as Trustee of the Tiki Series III Trust,   c/o SN Servicing Corporation,   323 Fifth Street,
             Eureka, CA 95501-0305
517809576  +E-mail/Text: bknotices@snsc.com Nov 20 2018 01:14:50     U.S. Bank Trust National Association,
             as Trustee of the Tiki Series III Trust,   c/o SN Servicing Corporation,   323 Fifth Street,
             Eureka, CA 95501,   U.S. Bank Trust National Association 95501-0305
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   MTGLQ INVESTORS, L.P. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Nov 19, 2018
                              Form ID: 148               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
          bankruptcy@friedmanvartolo.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al
          rsolarz@kmllawgroup.com
         Russell L. Low    on behalf of Debtor Dwayne R. Smith rbear611@aol.com,
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                          TOTAL: 8