| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-22545 |
| IN RE:<br>　　DWAYNE R. SMITH | Hearing Date:  11/15/2018<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: November 19, 2018

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s): DWAYNE R. SMITH

Case No.: 17-22545VFP

Caption of Order: Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 11/15/2018 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Dwayne R. Smith  
    Debtor

Case No. 17-22545-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 19, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.  
db            +Dwayne R. Smith,    P.O. Box 125,    Vauxhall, NJ 07088-0125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
         Charles G. Wohlrab    on behalf of Creditor    MTGLQ INVESTORS, L.P. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation bankruptcy@friedmanvartolo.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank Nat'l Trust Company, et al rsolarz@kmllawgroup.com  
         Russell L. Low    on behalf of Debtor Dwayne R. Smith rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 8